

FILED
FEB 28 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN The United STATES DISTRICT COURT
For The Southern DISTRICT of West VIRGINIA
AT Bluefield

Arnold Clayton
    Petitioner

V.                          CASE NO   1:22-cv-00104

Warden
F.C.I McDowell

## Emergency Petition for A Writ of Habeas Corpus Under 28 U.S.C. 2241

Comes Now Petitioner Arnold Clayton pro se, files this motion in emergency need, to the above Court. Petitioner further moves this court to Grant all Request of his motion Due to A violation of His Constitutional Rights AT F.C.F McDowell Prison. this motion should be Granted Expeditously

### STATEMENT of The CASE

Arnold Clayton Federal Register Number #28226-018 designated AT Federal Correctional Institution (F.C.I) McDowell West Virginia AT 2-24-2022 by the Federal Bureau of Prisons (Bop)

(1)

The petitioner was indicted for distributing Crack Cocaine 841(b)(1)(C) plead to one count .22 grams of Crack Cocaine, petitioner was enhanced as a career offender and serving 210 months in federal prison the petitioner has 86 months to Release

## ARGUMENT

Petitioner wishes to challenges the execution of his sentence where his Constitutional Rights has been violated and his Conditions of prison cause him phyical and mental harm

### Memorandum of Law

The proper scope of a Petition for a writ of Habeas Corpus under 28 USC 2241 is to challenge the Execution of a Federal Sentence See United States v Shaw 748 F.2d 928 933-34 (4th Cir 1984) Including such matters as the administration of parole, Computation of a prisoner's sentence by prison officals prison disciplinary actions prison transfers, types of detention and prison conditions Jiminian v Nash 245 F.3d 144, 146-47 (2d Cir 1991) see also Hawkins v Coakly No 5:15-cv-13674 2017 WL 960034 at *2 S.D W. VA Feb 17, 2017 Report and Recommendation adopted Hawkins v. Million 2017 WL 960026 at *1 (S.D. W.VA) (Mar. 10, 2017)

(2)

Petitioner Attached As Exhibits to the Court 1) Copy of BP 8 to warden 2) Copy of petitioner's Complaint at the F.C.I McDowell prison (front and Back)(one page) to warden (Attached As sensitive) 3) Exhibit 3 is a Email to CMC Head Staff about the petitioner being Camp Eligible for Almost a year and Not been transferred Because the Pandemic. This Pandemic has been a long lock down and still is lock down and the virus of Covid-19 is in every Building unit in F.C.I McDowell, F.C.I McDowell is hidding the true Number of inmates and officers that Active positive with the Covid-19 as of Now

The Petitioner's Complaint is in a Emergency Need Due to the prison Conditions, mistreatment, violations and misconduct of Staff and Administration Petitioner Move the Court to Compel the F.C.I McDowell of the follow

1) To show Cause why is the petitioner has been violated of his Rights and Medications Needs that he must have daily

2) Why would the Staff at F.C.I McDowell put the petitioner's life at Jeopardy, Hospitalization or Death Due to his medical Conditions

In this case the petitioner Iwants! 1) Early Release 2) $4 million in punitive damages 3) $4 million in Compensatory damages

(3)

The petitioner is on 24 hours locked down and have Been mistreated for 2 months harshly and Knowingly By staff.

Therefore the petitioner Respectfully move this court to Grant his motion in full volume and Requests in his complaint, Second the petitioner Respectfully ask this court To send copies of this motion and Exhibits Back to the petitioner, At The Address below

Certificate of Service

I hereby certify that A true copy of this motion is Being sent via mail from FCI McDowell to the Clerk of Courts on 2-24-2022

/s/ Arnold [signature]

Arnold Clayton
#28226-018
F.C.I McDowell
P.O. Box 1009
Welch WV 24801

[4]

Arnold Clayton
#28226-018
Federal Correctional Institution
P.O. Box 1009
Welch WV, 24701

Legal mail

Clerk of Courts
United States District Court
601 Federal Street Room 1000
Bluefield WV 24701

Sensitive and Confidential

FEDERAL CORRECTIONAL INSTITUTION
McDOWELL
PO BOX 1029
WELCH, WV 24801
DATE 2-25-22

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.