**FILED**
MAR - 7 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States District Court
Southern District of West Virginia
At Bluefield

Arnold Clayton

v.                            Civil Action Number 1:22-CV-00104

Warden
F.C.I McDowell

## Motion to Correct or Amend Defendant's Complaint

Comes Now the defendant files please, to this Honorable Court to Correct or Amend his Complaint at F.C.I McDowell and update the status.

In the defendant's Complaint he made an ERROR in the Date of him Entering Quarantine at F.C.I McDowell His Entering Date was Dec 30, 2021, Instead of Jan 30, 2022 The defendant has Been in Quarantine for 63 days as of Today with out his needed daily medications and the misconduct, deliberate indifference and delays

* The defendant was sentenced in the Middle District of Florida, Jacksonville Florida Case # 3:13-CR-00002-MMH-MCR   234 months in prison 6 years Supervised Release

New Status of Defendant's Case

1) On 2/21/2022 The Defendant was tested for the Covid-19
2) On 2/22/2022 Staff woke the Defendant up at 4:30 AM to get ready for the Transferring Bus,
3) On the same Day 2/21/2022 Medical Staff tested another Inmate name Jordan Wallace #16232-033 Medical Staff Alexandra told Wallace that he had tested Active positive and need Quarantine
4) On 2/22/2022 Wallace was pulled out by Staff alone with me and placed in the same Room as me to get transferred As we got on the Bus 3 Officers, 12 inmates alone with positive inmate Wallace two hours on the Highway the Bus was turned around Because A Call was made to the Bus Driver that it was A positive inmate that was not supposed to Be on the Bus and he might of Contaminated the whole Bus
5) The defendant ask medical Staff to Be tested and the defendant also wrote two Cop outs to Head nurse and Head Health service Staff The defendant was Refused to be tested Defendant got extremely sick FCI Staff Refused to help or give medications on 2/28/2022 Lab nurse Refused to see me or test me I complained About shortening of Breath no smell no taste, weezying on 2/28/2022 I Refused shower Because of all inmates was out and Showering, no social distancing or cleaning the showers on 2/28/2022 Lab nurse swabbed 15 inmates and stated she was informed not to test me or perscribe me meds Because I was leaving on 3/2/2022 officer let out all inmates now positive and Positive together

On ~~3/03/2022~~ 2/24/2022 Cunslor Phillips Can to Quarantine, I told him I wrote Copouts for BP-8 and BP-9's he state he never seen them for the first time seeing him in the whole 63 days he went and got me a BP-8 and BP-9 and said he will be back. I did not trusted him I fill the BP 8 and BP-9 and sent it Sensitive matters Straight to the warden About his staff has violated my Rights by putting me in the same Dorm with positive inmates and letting everybody Roam together on 2/24/2022 staff was never tested or sent Home at Been Exposed to the positive inmate on the Bus No inmates was tested Medical staff Refused to test

Officer Green Contaminate inmates everyday when they do not supposed to be together, why do they Need Quarantine the Regular other 11 units are flooded with positive active inmates, FCI McDowell Med staff is untruthfully About the number of positive active inmates

Arnold Clayton
# 28226-018
FCI McDowell
PO Box 1009
Welch WV 24801

/s/ Clayton Arnold

3/03/2022

Arnold Clayton
#28226-018
Federal Correctional Institution
P.O Box 1009
Welch WV 24801

Clerk United States District Court
Elizabeth Kee Federal BLDG.
601 Federal Street RM. 1000
Bluefield, WV 24701

Legal Mail